ACCEPTED
01-15-00843-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/6/2015 2:16:22 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 2014-40158

CRISTOBAL MORALES
*Plaintiff*

VS.

KINDRED HEALTHCARE, INC.
*Defendant*

§
§
§
§
§
§
§
§
§
§
§

IN THE DISTRICT COURT OF

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/6/2015 2:16:22 PM
CHRISTOPHER A. PRINE
Clerk

HARRIS COUNTY, TEXAS

189TH JUDICIAL DISTRICT

### NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Texas Rule of Appellate Procedure 25.1, Defendants and Appellants, KINDRED HEALTHCARE, INC. and TRIUMPH HOSPITAL OF EAST HOUSTON, L.P. d/b/a KINDRED HOSPITAL OF CLEAR LAKE, file this *Notice of Appeal* and would respectfully show the Court as follows:

1. Defendants file this Notice of Appeal to appeal an Order signed by the 189th Judicial District Court of Harris County, Texas in the case numbered and styled Cause No. 2014-40158, *Cristobal Morales v. Kindred Healthcare, Inc. and Triumph Hospital of East Houston, L.P. d/b/a Kindred Hospital of Clear Lake.*

2. Defendants appeal an Order signed by the Court on September 14, 2015 denying Defendants' Motion to Dismiss for Plaintiff failing to provide an expert report pursuant to Texas Civil Practice & Remedies Code §74.351.

3. Defendants filed their Chapter 74 Motion to Dismiss on April 8, 2015 seeking dismissal with prejudice. The Court entered an Order denying Defendants' Motion to Dismiss on September 14, 2015 following oral argument and hearing. *See Order attached hereto as Exhibit*

NOTICE OF APPEAL

"*A.*" Pursuant to Texas Civil Practice & Remedies Code §51.014(a)(9), Defendants may appeal the Court's interlocutory order.

4. Defendants desire to appeal the Court's September 14, 2015 Order to either the First or Fourteenth Court of Appeals.

5. This appeal is interlocutory and accelerated under Texas Rule of Appellate Procedure 28.1 and Texas Civil Practice & Remedies Code §51.014(a)(9).

6. Further, commencement of the trial of this case is stayed pursuant to Texas Civil Practice & Remedies Code §51.014(b).

7. Defendants request that the Trial Court Clerk immediately send a copy of this Notice of Appeal to either the First or Fourteenth Appellate Court Clerk and to the Court reporter responsible for preparing the reporter's record pursuant to Texas Rule of Appellate Procedure 25.1(f).

Respectfully submitted,

**BRENNIG & ASSOCIATES, P.C.**

By: _____

CHARLES C. BRENNIG III
State Bar No. 00783719
RICHARD M. SCHREIBER
State Bar No. 24056278
1700 Post Oak Blvd.
2 BLVD Place, Suite 600
Houston, TX 77056
Telephone:     (713) 622-5900
Facsimile:     (713) 622-5910
**ATTORNEYS FOR DEFENDANTS/APPELLANTS, KINDRED HEALTHCARE, INC. AND TRIUMPH HOSPITAL OF EAST HOUSTON, L.P. d/b/a KINDRED HOSPITAL OF CLEAR LAKE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Defendants' Notice of Appeal* has been served on Plaintiff's counsel pursuant to Rule 9.5 of the Texas Rules of Appellate Procedure on this the 2nd day of October, 2015:

Anthony G. Buzbee
600 Travis, Suite 7300
Houston, Texas 77002
*Via Facsimile 713-223-5909*

Sean E. O'Rourke
SIMON-O'ROURKE, P.C.
11550 Fuqua, Ste. 360
Houston, Texas 77034
*Via Facsimile (281) 823-7482*

CHARLES C. BRENNIG III

EXHIBIT "A"

FILED
Chris Daniel
District Clerk

SEP 1 4 2015

Time: 10:18am

Harris County, Texas

By_____
Deputy

CAUSE NO. 2014-40158

| | | |
|---|---|---|
| CRISTOBAL MORALES | § | IN THE DISTRICT COURT OF |
| *Plaintiff* | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| KINDRED HEALTHCARE INC. | § | |
| *Defendant* | § | 189TH JUDICIAL DISTRICT |

P1

Dismy

## ORDER DENYING MOTION TO DISMISS

After considering Defendants' Motion to Dismiss, the responses thereto, and arguments of counsel, the Court hereby:

**DENIES** Defendants' motion.

**IT IS SO ORDERED**

SIGNED this the 14 day of Sept. , 2015.

_____
PRESIDING JUDGE

7

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

Certified Document Number: 67023780 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this    October 1, 2015

Certified Document Number:        67023780 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**